# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ESTATE OF BYRON WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY, WEST VALLEY CITY, and DOES 1–20,<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 2:19-cv-00128<br><br>District Judge Jill N. Parrish |

    IT IS ORDERED AND ADJUDGED that Plaintiff Estate of Byron Williams' action is dismissed without prejudice.

DATED September 22, 2020.

                              BY THE COURT

                              _____
                              Jill N. Parrish
                              United States District Court Judge