FILED
2021 OCT 5
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ESTATE OF BYRON WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> SALT LAKE COUNTY, WEST VALLEY CITY, and DOES 1-20, <br><br> Defendants. | **ORDER TO DISMISS ACTION** <br><br> Case No. 2:19-cv-128-JNP-JCB <br><br> District Judge Jill N. Parrish <br><br> Magistrate Judge Jared C. Bennett |

Plaintiff Estate of Byron Williams ("Plaintiff") filed its initial complaint on February 26, 2019. ECF No. 2. The court dismissed Plaintiff's complaint on September 21, 2020. ECF No. 27. Plaintiff filed a motion to amend its complaint, and the court granted that motion on April 14, 2021. ECF Nos. 29, 35. Plaintiff filed its amended complaint on April 16, 2021. ECF No. 36. On the same day, Plaintiff's counsel moved to withdraw. ECF No. 37. The court granted the motion to withdraw on April 22, 2021, leaving Plaintiff without counsel. ECF No. 40. In its order allowing Plaintiff's counsel to withdraw, the court notified Plaintiff that artificial entities, like Plaintiff, could not appear pro se and ordered Plaintiff to have new counsel file a notice of appearance. *See* DUCivR 83-1.3(c) ("No corporation, association, partnership or other artificial entity may appear pro se but must be represented by an attorney who is admitted to practice in this court.").

Plaintiff filed a number of motions for extension of time to obtain counsel. ECF Nos. 42, 43, 49. Magistrate Judge Bennett ultimately stayed the case until August 17, 2021, to allow Plaintiff time to obtain legal counsel. ECF No. 50. Plaintiff did not obtain counsel. On September 9, 2021, Magistrate Judge Bennett issued an order to show cause directing Plaintiff to inform the court of the status of the case. ECF No. 51. Plaintiff did not respond.

Federal Rule of Civil Procedure 16(f)(1)(C) permits the court to move sua sponte to "issue any just orders," which includes dismissing the action as a whole, if a party "fails to obey a . . . pretrial order." Plaintiff has failed to have new counsel file a notice of appearance on Plaintiff's behalf or otherwise show cause as to why the court should refrain from dismissing this action. The court has warned Plaintiff several times that failure to file a timely notice of appearance could subject Plaintiff to sanctions, including dismissal of this action. ECF Nos. 40, 48, 50, 51. Therefore, pursuant to Rule 16(f)(1)(C) of the Federal Rules of Civil Procedure, the court ORDERS that this action be dismissed without prejudice for a failure to comply with a court order.

Signed October 5, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge